IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FRANKLIN,

    Plaintiff

v                                     Civil: C-1-01-220

MIAMI,

    Defendant

**ORDER**

    Parties are advised that Trial in the above styled case is RESCHEDULED to the MARCH 2004 trial term.

**IT IS SO ORDERED.**

                                                        ____s/Herman J. Weber_____
                                                        **Herman J. Weber, Senior Judge**
                                                        **United States District Court**