**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**AL FRANKLIN,**
    Plaintiff,

-vs-                                          Case No. C-1-01-220

**MIAMI UNIVERSITY**

    Defendants.

---

**JUDGMENT IN A CIVIL CASE**

    **Jury Verdict.**      This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DOC 34 IS **GRANTED** AND THIS CASE IS **DISMISSED** AT PLAINTIFF'S COST PURSUANT TO ORDER OF THE COURT [DOC 45].

Date:  October 7, 2003                        KENNETH J. MURPHY, JR., CLERK

                                                    By:s/   Darlene Maury
                                                    Darlene Maury, Deputy Clerk

Case 1:01-cv-00220-HJW-SMN    Document 46    Filed 10/07/2003    Page 2 of 2